IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HCC INSURANCE HOLDINGS, INC., | |
|---|---|
| Plaintiff, | 8:21CV147 |
| vs. | ORDER |
| CHRISTOPHER A DAY, | |
| Defendant. | |

IT IS ORDERED that the motions to withdraw filed by David L. Barron, Adam C. Gutmann, Mitchell J. Edlund and Corey T. Hickman as counsel of record for Defendant, (Filing Nos. 32 and 33), are granted. David L. Barron, Adam C. Gutmann, Mitchell J. Edlund and Corey T. Hickman shall no longer receive electronic notice in this case.

Dated this 7th day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge